**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ralph T. Knapp,

       Plaintiff\,                        Civil No. 08-1284 (RHK/RLE)

vs.                              **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Matthew P. Vandergon, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 13, 2008

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge