## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RALPH T. KNAPP, | Civil No. 08-1284 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| MATTHEW P. VANDERGON *et al.*, | |
| Defendants. | |

_____

This matter came before the Court on the stipulation of dismissal of Defendant Jason Larson [Docket No. 90].

**IT IS HEREBY ORDERED** that Defendant Jason K. Larson is dismissed with prejudice from the above captioned action.

DATED: July 22, 2009
at Minneapolis, Minnesota.

                                                                             s/John R. Tunheim
                                                                            JOHN R. TUNHEIM
                                                       United States District Judge