# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| RALPH T. KNAPP | Civil No. 08-1284 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| MATTHEW P. VANDERGON, *et al.*, | **WITH PREJUDICE** |
| Defendants. | |

___

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on October 8, 2009 [Docket No. 103], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action be **DISMISSED WITH PREJUDICE**, without costs to any party.

DATED: October 11, 2009
at Minneapolis, Minnesota.

                                               s/John R. Tunheim
                                               JOHN R. TUNHEIM
                                             United States District Judge